UNITED STATES STEEL CORP. *v.* WASHINGTON.

No. 163. Decided October 13, 1958.

*George V. Powell* for appellant.

*John J. O'Connell,* Attorney General of Washington, and *Robert L. Simpson,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion for leave to file brief of Berkshire Hathaway, Inc., as *amicus curiae,* is denied. The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

WALTERS *v.* CONNECTICUT.

No. 35, Misc. Decided October 13, 1958.

*Samuel Sumner Freedman* for appellant.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.